FILED
May 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | Robert Anthony Powning | Case No : | 10-28513 - B - 7 |
| | | Date : | 5/18/10 |
| | | Time : | 09:31 |
| Matter : | [12] - Motion/Application for Relief from Stay [ASW-1] Filed by Creditor U.S. Bank National Association (Fee Paid $150) (swas) | | |
| Judge : | Thomas Holman | | |
| Courtroom Deputy : | Sheryl Arnold | | |
| Reporter : | Diamond Reporters | | |
| Department : | B | | |

APPEARANCES for :
Movant(s) :
Respondent(s) :

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtor pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located 6309 Wood Creek Drive, Citrus Heights, CA 95621 ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The court awards no fees and costs. The 14-day stay specified in Fed. R. Bankr. P. 4001(a)(3) is not waived. Except as so ordered, the motion is denied.

Dated: May 24, 2010

Thomas C. Holman
United States Bankruptcy Judge